UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIM TURPIN | ) | CASE NO. 5:15CV2227 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | Magistrate Judge George J. Limbert |
| v. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| CAROLYN W. COLVIN[1], | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| | ) | |
| Defendant | ) | |

On March 15, 2016, the undersigned issued an Order to Show Cause, indicating that Plaintiff Kim Turpin's ("Plaintiff) brief on the merits in the above-captioned case was due on February 3, 2016, and she had not timely filed the brief by that time. ECF Dkt. #10. The undersigned ordered that Plaintiff respond to the Order to Show Cause on or before March 28, 2016 as to why the undersigned should not recommend that the Court dismiss her case for failure to prosecute. *Id.* The undersigned mailed a copy of the Order to Show Cause to Plaintiff on March 15, 2016.

As of April 5, 2016, Plaintiff has not filed a response to the Order to Show Cause, and she has not filed a brief on the merits in this case. Accordingly, the undersigned recommends

---

[1] On February 14, 2013, Carolyn W. Colvin became the acting Commissioner of Social Security, replacing Michael J. Astrue.

that the Court dismiss the instant case for Plaintiff's failure to prosecute.


Date: April 5, 2016                                         /s/George J. Limbert
                                                           GEORGE J. LIMBERT
                                                           UNITED STATES MAGISTRATE JUDGE


    ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice.  Fed.R.Civ.P. 27; L.R. 72.3.  Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation.  L.R. 72.3(b).