**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **KIM TURPIN,** ) | Case No.5:15CV2227 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| **Commissioner of Social Security,** ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| **Defendant.** ) | |
| ) | |

On October 29, 2015, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1).  This matter was referred to Magistrate Judge George J. Limbert. pursuant to Local Rule 72.2.  On April 5, 2016, the Magistrate Judge recommended that the Court dismiss the case for failure to prosecute (Dkt. #11).  Plaintiff has not filed a response.

F̲E̲D̲. R. C̲I̲V̲.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Limbert's Report and Recommendation is **ADOPTED** and the case is dismissed for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

Dated: 4/25/2016                *S/Christopher A. Boyko*
                                                    CHRISTOPHER A. BOYKO
                                                    UNITED STATES DISTRICT JUDGE